JUSTIN A. BRACKETT (HI Bar No. 9954)
1888 Kalakaua Avenue, Suite C-312
Honolulu, HI  96815
Telephone: (808) 377-6778
Email:  justinbrackettlaw@gmail.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID VIRDEN, | CASE NO. 1:16-cv-00207-JMS-RLP |
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| SUNRISE CREDIT SERVICES, INC. | |
| Defendant. | |

### NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff and Defendant, by and through their undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff, David Virden, against defendant, Sunrise Credit Services, Inc.

The parties therefore request that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 120 (one-hundred twenty) days to file the necessary dismissal papers.

Respectfully submitted, February 8, 2017.

        */s/ Justin A. Brackett*
        Justin A. Brackett, (#9954)
        Attorney for Plaintiff
        1888 Kalakaua Avenue, Suite C-312
        Honolulu, HI 96815
        (808)377-6778
        justinbrackettlaw@gmail.com
        Attorney for Plaintiff

        */s/ Tamar Gabriel*
        David Kaminski  *Pro Hac Vice*
        Tamar Gabriel  *Pro Hac Vice*
        CARLSON & MESSER LLP
        5959 W. Century Boulevard, Suite 1214
        Los Angeles, California 90045

        Glenn T. Melchinger & Judy A. Tanaka
        Alston Hunt Floyd & Ing
        1001 Bishop Street, Suite 1800
        Honolulu, HI 96813
        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the date first stated below, or in compliance with the rules of this Court, I did serve a true and exact copy of the foregoing document upon the following:

Attorneys for Defendant:
Glenn T. Melchinger - gtm@ahfi.com
Judy A. Tanaka - judy.tanaka@ahfi.com
David Kaminski - kaminskid@cmtlaw.com
Tamar Gabriel - gabrielt@cmtlaw.com

DATED: Honolulu, Hawaii; February 8, 2017.

        */s/ Justin A. Brackett*
        Justin A. Brackett, (#9954)
        Attorney for Plaintiff