JUSTIN A. BRACKETT (HI Bar No. 9954)
1888 Kalakaua Avenue, Suite C-312
Honolulu, HI 96815
Telephone: (808)377-6778
Email: justinbrackettlaw@gmail.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| DAVID VIRDEN,<br><br>        Plaintiff,<br><br>    vs.<br><br>SUNRISE CREDIT SERVICES, INC.,<br><br>        Defendant. | CASE NO. 1:16-cv-207 JMS-RLP<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss this action with prejudice, with each party to bear its own attorney's fees and costs. The entire action including all claims between and among the parties, however denominated, and all parties are dismissed with prejudice by this stipulation. There are no remaining parties, claims and/or issues.

Respectfully submitted this 7th day of June, 2017.

1

Attorney for Plaintiff:
David Virden

*/s/ Justin A. Brackett*
Justin A. Brackett, Esq.

Attorney for Defendants:

*/s/ Glenn T. Melchinger*
Glenn T. Melchinger, Esq.
Alston Hunt Floyd & Ing

APPROVED AS TO FORM.

DATED: Honolulu, Hawaii, June 9, 2017.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge